```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DOVE,                                :
                                     :
              Plaintiff,             :
                                     :
         -v-                         :    09 Civ. 7812 (JSR)
                                     :
NOVARTIS PHARMACEUTICALS CORPORATION,:         ORDER
                                     :
              Defendants.            :
------------------------------------ :
                                     :
JED S. RAKOFF, U.S.D.J.              x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-09

     Confirming the telephone conference on September 21, 2009, the Court hereby grants a thirty-day adjournment of the initial conference scheduled for November 12, 2009 in anticipation of this case's being transferred to a pending multi-district litigation. The initial conference has been rescheduled for December 16, 2009.

     SO ORDERED.

                                                   JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 22, 2009